**ROW EQUIPMENT SALES & RENTAL, INC., Plaintiff–Appellant,**

v.

**GRANGE MUTUAL CASUALTY COMPANY, d/b/a Grange Insurance, Defendant–Appellee.**

**No. 13–14116**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Jan. 7, 2014.

Kenneth E. Futch, James Patrick Brooks, The Futch Law Firm, Waycross, GA, for Plaintiff–Appellant.

T. Langston Bass, Jr., Brennan Harris & Rominger, LLP, Savannah, GA, Robert R. Gunn, II, William H. Larsen, Stuart E. Walker, Martin & Snow, LLP Macon, GA, for Defendant–Appellee.

Before HULL, MARCUS, and HILL, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the arguments of the parties contained in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

AFFIRMED.